# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Ft. Worth Division*

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 2 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Larry D. Weast, Jr
_____
Plaintiff

v.

ReconTrust Company, N.A.
_____
Defendant

Civil Action No. 4:12-CV-541-A

**Supplemental to Temporary Restraining Order**

Page 7 of 11

The court should enter this preliminary injunction without Notice to defendant because plaintiff will suffer immediate and irreparable injury, loss, or damage if the order is not granted before defendant can be heard as defendants sale of the property is scheduled to occur 8-7-2012

Date: 8-2-12
Signature: Larry D Weast, Jr.
Print Name: Larry D Weast Jr.
Address: 1816 Lariat Lane
City, State, Zip: Burleson, TX 76028
Telephone: 817-676-7674