IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| LARRY D. WEAST, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:12-CV-541-A |
| | § | |
| RECONTRUST COMPANY NA, | § | |
| | § | |
| Defendant. | § | |

O R D E R

Came on for consideration a document filed by plaintiff, Larry D. Weast, Jr., titled "Motion for Reconsideration and Motion to Disqualify Court for Cause." Plaintiff asks that the court reconsider its October 5, 2012 order granting the motion to dismiss filed by defendant, Recontrust Company NA, that dismissed all of plaintiff's claims in this action, and also seeks to have the undersigned removed from the case. Having considered the motions, the court finds nothing therein as would warrant granting plaintiff the relief requested. Therefore,

The court ORDERS that plaintiff's motion for reconsideration and motion to disqualify be, and are hereby, denied.

SIGNED October 19, 2012.

JOHN McBRYDE
United States District Judge

1